Nov. Term, 1853.

THE SHELBYVILLE LATERAL BRANCH RAILROAD CO.
v.
LYNCH.

to this matter, the Court could have had no difficulty in arriving at a conclusion. All the evidence in the cause was before it. And if the speaking of other words was shown, the Court, no doubt, heard the proof. But the evidence is not on the record, and we are not, therefore, in possession of the facts requisite to a proper solution of the question. What *Keck* may have believed or been informed by the jury or his counsel can have no weight against the ruling of the Court. The affidavits, in our opinion, do not sustain the motion. Neither of them denies the speaking of the words. What *Roedefer* stated out of Court might affect his credibility. But "new trials are rarely, if ever, granted," to give an opportunity of impeaching the credit of a witness. 3 Johns. R. 255.— 5 *id*. 258.—6 Blackf. 496. We think the Court committed no error in refusing to sutain the motion.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*M. M. Ray* and *T. D. Walpole*, for the plaintiff.

*W. J. Peaslee* und *A. W. Hubbard*, for the defendant.

---

THE SHELBYVILLE LATERAL BRANCH RAILROAD CO. *v.* LYNCH.

Monday, December 5.

ERROR to the *Johnson* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed with 10 per cent. damages and costs, for the reasons given in the case of said plaintiffs against *Lewark* at the present term. (1)

*M. M. Ray* and *W. J. Peaslee*, for the plaintiffs.

*T. A. Hendricks, J. Morrison* and *S. Major*, for the defendant.

(1) *Ante*, p. 447.